FILED
2012 May-16 AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

U.S. DISTRICT COURT
N.D. OF ALABAMA

Carey Edward Winfield
180239 AIS#

CV-12-H-1856-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

AnoC. W.E. Donoldson
Correctional Facility
Officer Greffin, A. Col
Col Officere Sting Mental Health

(Enter above full name(s) of the
defendant(s) in this action)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (✗)    No ( )

B.    If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit
   Plaintiff(s): Carey Edward Winfield 180239 AIS#
   Defendant(s) Alabama Department of Correction

2.    Court (if Federal Court, name the district; if State Court, name the county)
   Northern District of Alabama Jasper Court

3.    Docket Number 2:10-CV-01497-AKK-JEO

4.    Name of judge to whom case was assigned John Ott

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing lawsuit _Dec 16 2007_

7. Approximate date of disposition _12-18-2007_

II. Place of present confinement _W.E. Donaldson Cor. Facility_

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

C. If your answer is YES:

1. What steps did you take? _I Told the Dupthy warden warden Hink and Segasint Speek_

2. What was the result? _(No response)_

_____

_____

D. If your answer is NO, explain why not? _____

_____

_____

_____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _Carey Edward Winfield_

_____

_____

Address _WEDCF 100 Warrior Lane Bessemer_
_ALabama 35023_

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _COI.OFFICERE G.Griffin_

is employed as _W.E. U.C.F_

at _the Mental Health Unity 5 Black S-side Segment Street_

C. Additional Defendants _COI.OFFicere Sting_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

COI.OFFicere G.Griffin Attreated my people and Rememisted magazine From my cell with was cell 9 of 5 Block S-side mental Health Separation unity and didnt return them back to me at Anytime he also told me none of my is doing out o-e lawing in I have not recieve anymore personal items he said that to me.

Officer Sting hite me Severe at time In my chest when I was In hand cuffs with finger every hard Freateing my life

Frectering My Rip Cage Offiere Wotlson wisness Event that accord on the When Worden Giley had all the M.H. Inmate place In the Gym No one at WEDCF. Of ther a Inmote had started a toi In his Cell so the nurse could check our Respo

V.   RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like For the court to Grant Me the amount Five hunred Billion Dollor Presidental Act of trode delivered Indvidonce as a settoement In the class action Lou suet that I am presueting agent the Alabama Department of correction.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/28/2012___
(date)

_____

_____

_____

_____

_____

_____

_____

_____ "

Signature(s)

- 4 -

# STATMENT OF CLAIM

OFFICER AND SUPREVOTICE By Pre-
Mistion of the WarDens of W.E.O.
C.F. has Not allowed me other
Inmate to have a 45 minited
a day Daily walking Privalege.
Warder.Will not allowed In-
mate In Mentol HeoLth seggar-
atgotion Unity to have The Tobacco
Probucted.
Conuselor and CLosi[illegible]
Htulication will not allow
Inmate In [illegible] Atraniistrttefy
Seggarotgotin protecit part of
Recariononal activity.

P.S. Sincerely

L.

Repar

1803 [illegible]

_[handwritten text, partly illegible]_

## V. RELIEF

State briefly _exactly_ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_[handwritten text, partly illegible]_

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _[handwritten date]_
(date)

_[handwritten signature]_

_____

_____

_____

_____

_____

_____

_____

Signature(s)

- 4 -